IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KARREN EVANS-WILLIAMS**                                              **PLAINTIFF**

v.                                           CAUSE NO. 1:24CV169-LG-RPM

**SUNSTATES MANAGEMENT
CORPORATION; CYPRESS
LAKES APARTMENTS, L.P.;
and CYPRESS LAKES
APARTMENTS**                                                           **DEFENDANTS**

## JUDGMENT

In accordance with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that this lawsuit is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**SO ORDERED AND ADJUDGED** this the 19th day of November, 2024.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE